No. 805. FOSHAY ET AL. v. UNITED STATES. March 5,
1934. Petition for writ of certiorari to the Circuit Court
of Appeals for the Eighth Circuit, and motion for leave to

proceed further *in forma pauperis,* denied. *Mr. Henry H. Henley* for petitioners. No appearance for the United States.